**No. 09-9280. Rickey Sabedra, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 1090, 130 S. Ct. 2398, 176 L. Ed. 2d 765, 2010 U.S. LEXIS 3520.

April 26, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit dismissed. See Rule 39.8.

**No. 09-9342. Craig Caldwell, Petitioner v. Florida Parole Commission.**

559 U.S. 1090, 130 S. Ct. 2382, 176 L. Ed. 2d 765, 2010 U.S. LEXIS 3563.

April 26, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the District Court of Appeal of Florida, First District, dismissed. See Rule 39.8.

Same case below, 25 So. 3d 1225.

**No. 09-9780. Pierre Genevier, Petitioner v. Superior Court of California, Los Angeles County, et al.**

559 U.S. 1090, 130 S. Ct. 2389, 176 L. Ed. 2d 765, 2010 U.S. LEXIS 3635.

April 26, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of appeals of California, Second Appellate District, dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Stevens dissents. See id., at 4, 113 S. Ct. 397, 121 L. Ed. 2d 305, and cases cited therein.

**No. 09-9873. Phelix Henry Frazier, Petitioner v. United States.**

559 U.S. 1090, 130 S. Ct. 2395, 176 L. Ed. 2d 765, 2010 U.S. LEXIS 3660.

April 26, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit dismissed. See Rule 39.8.